No. 892, Misc. MANN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Petitioner *pro se. Earl Faircloth,* Attorney

General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.